# ATTACHMENT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **FARAH AWAD, ATA BOULES, NAGY EILIA, and GAWHARA EILIA, on Behalf of THEMSELVES and All Others Similarly Situated,** ) ) ) ) ) | **CIVIL ACTION** |
| ) | **CASE NO. 3:15-cv-00130** |
| *Plaintiffs,* ) ) | |
| **v.** ) ) | **JUDGE SHARP** **MAGISTRATE JUDGE BRYANT** |
| **TYSON FOODS, INC. and TYSON FRESH MEATS, INC.,** ) ) ) ) | |
| *Defendants*. ) ) | |

## SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement") is made and entered into by and among Named Plaintiffs Farah Awad, Ata Boules, Nagy Eilia, and Gawhara Eilia ("Named Plaintiffs") on behalf of themselves and Fair Labor Standards Act ("FLSA") Opt-In Plaintiffs as defined in Paragraph 1.1 (collectively "Plaintiffs"), and Defendants Tyson Foods, Inc. and Tyson Fresh Meats, Inc. ("Defendants"), and is based on the following:

1. **RECITALS**

   1.1.    The FLSA Opt-in Plaintiffs, who are listed in Exhibit A to this agreement, are 246 current and former hourly employees of Defendants who worked at Tyson's Goodlettsville plant during all or some part of the time period from February 12, 2012, through May 25, 2014, and who (i) were paid pursuant to Defendants' Alternative Time and Attendance System; (ii) did not resolve their FLSA claims in *Abadeer v. Tyson Foods, Inc.*, No. 3:09-cv-125 (M.D. Tenn.); and (iii) filed consent forms to opt into the case on or before August 29, 2016.

1

1.2.    On March 9, 2015, the Named Plaintiffs filed the Amended Complaint ("Complaint") on behalf of themselves and all others similarly situated alleging that the Defendants violated the FLSA, 29 U.S.C. § 201 *et seq*. by failing to pay overtime for all hours worked.  Defendants deny these allegations.

1.3.    On April 5, 2016, Plaintiffs renewed their motion for certification of a collective action under section 216(b) of the Fair Labor Standards Act ("FLSA"), defining the putative collective as "[a]ll hourly-paid production employees of Defendants who have worked at Defendants' Goodlettsville, Tennessee facility at any point from February 12, 2012 through May 25, 2014, and who did not resolve their FLSA claims in *Abadeer v. Tyson Foods, Inc*., No. 3:09-cv-125 (M.D. Tenn.)."  Defendants opposed Plaintiffs' Motion on April 22, 2016.

1.4.    FLSA Opt-In Plaintiffs who filed consent forms with the Court agreed to be represented by Plaintiffs' counsel Barrett Johnston Martin & Garrison, LLC.  The signed consent forms also state, "I understand that I will be bound by the judgment of the Court to all issues in this lawsuit, including the fairness of any settlement."

1.5.    The parties and their counsel believe that the interests of all concerned are best served by compromise, settlement, and dismissal of the claims with prejudice and have concluded that the terms of this Agreement are fair, reasonable, adequate, and in the parties' mutual best interests.

1.6.    The parties engaged in settlement negotiations over an extended time period and reached an agreement after conducting substantial discovery and analysis of pay data.

## 2.    COMPROMISE ACKNOWLEDGEMENT

2.1.    Plaintiffs agree that this Agreement is entered into solely on the basis of a compromise of disputed claims, and this Agreement is not, and is not to be construed as, an

2

admission by the Defendants of any liability whatsoever. Nor is it, and nor will it be construed as, an admission of any act or fact whatsoever, including any violation of federal, state, local, or common law, statute, ordinance, directive, regulation, or order (including executive orders).

2.2. The parties have conducted extensive discovery and investigation of the facts and law during this litigation, including taking the depositions of the Named Plaintiffs, document requests, and numerous interviews by Plaintiffs' Counsel of current and former employees. The parties have also analyzed the applicable law, the Court's rulings, and pay and timeclock data produced by Defendants. Relying on their fact investigations, analyses, and the Court's prior rulings, the parties have engaged in arm's length settlement negotiations.

2.3. Plaintiffs believe the claims asserted in the action have merit. However, Plaintiffs recognize the expense and length of continued litigation through trial and possible appeals. Plaintiffs have also taken into account the uncertain outcome and the risk of any litigation, as well as the delays inherent in such litigation and the likelihood of protracted appellate review. Plaintiffs believe that the settlement reached confers substantial benefits and that the settlement is fair, reasonable, adequate, in accordance with the law, and in the best interests of Plaintiffs.

2.4. Defendants believe the claims asserted by Plaintiffs are without merit. Defendants deny all claims and all allegations of violation. Defendants have vigorously contested the claims, but they believe that further litigation would likely be protracted, expensive, and contrary to their best interests. Substantial amounts of time, energy, and other resources have been and, absent settlement, will continue to be committed to Defendants' defenses against the claims asserted in this litigation. In light of these realities, Defendants believe that settlement is the best way to resolve the disputes among the parties while minimizing their own further expenditures.

3

2.5.    The settlement is not a concession or admission by Defendants of any violation of federal, state, or local law, statute, regulation, rule or order (including executive orders), or any obligation or duty at law or in equity, and it will not be used or referred to in any proceeding other than to interpret or enforce this Agreement. Defendants' agreement to resolve the claims of all Named and Opt-In Plaintiffs is not an admission or concession that collective action treatment would have been appropriate in this action for any purpose other than settlement, or that collective action treatment would be appropriate in any other action.

2.6.    Nothing in this Agreement will be deemed a concession or admission by any party as to the amount of time required for the donning, doffing, and related activities at issue herein or the amount of time that should be paid per employee for the allegedly unpaid activities performed by employees at the Goodlettsville or any other facility operated by Defendants including, but not limited to, all case-ready and red-meat facilities.

2.7.    Plaintiffs' Counsel, after consultation with the Named Plaintiffs, have independently determined that settlement and dismissal of the claims asserted in this litigation are proper under the circumstances of this action and the terms of this Agreement.

2.8.    The parties will seek judicial approval of their compromise and the resolution of the dispute between Defendants and Plaintiffs pursuant to Section 8.1 of this Agreement.

2.9.    The effective date of this Agreement (the "Effective Date") will be the day after the Court enters an Order Granting the Joint Motion For Approval Of Settlement Agreement and Agreed Order of Dismissal and the earlier of two events occurs: (1) the time for filing an appeal from the Agreed Order of Dismissal has expired without the filing of a notice of appeal; or (2) if a timely appeal is filed, the final resolution of that appeal (including any requests for rehearing

4

and/or petition for *certiorari*), resulting in final judicial approval of the Agreement or withdrawal of such appeal.

2.10.    In the event the Court does not approve this Agreement, it will not have any effect.

2.11    The parties agree that Exhibit A lists the 246 Named and Current Opt-In Plaintiffs who filed consents to join the lawsuit on or before August 29, 2016 and who are eligible to participate in the FLSA collective claims brought in this case.

2.12    The parties also agree that Exhibit B lists the 757 individuals (not already listed on Exhibit A) who are current or former hourly production employees at Defendants' Goodlettsville facility who are eligible to participate in the Settlement if they file a consent form because they worked at the Goodlettsville plant in an eligible position during the period May 19, 2013 to May 25, 2014, did not participate in the settlement of the FLSA claims brought in the *Abadeer* lawsuit, and would exceed the 40-hour threshold in at least one eligible week worked if the assumptions used to calculate the weekly settlement amount were applied to their pay records.   The list provided in Exhibit B was generated solely by Defendants based on their employment records.

3.    **NOTICE OF SETTLEMENT AND THE RIGHT OF ELIGIBLE INDIVIDUALS TO OPT INTO THE SETTLEMENT**

3.1    Within 30 days of the Effective Date, Defendants shall send to Plaintiffs' counsel the names and last-known address in Excel spreadsheet form of those 757 individuals listed on Exhibit B, as well as W-4 forms for each individual listed on Exhibit B. Within 14 days of receiving of such names, contact information, and W-4 forms, Plaintiffs' counsel shall send by first-class mail a written notice (the "Settlement Notice") to those 757 individuals listed on Exhibit B informing them of their right to opt into the Settlement and providing a

5

consent form for the eligible individual to sign and return to participate in the Settlement. (No such notice will be sent to the individuals listed on Exhibit A because they are already party plaintiffs and have given written authority to the Named Plaintiffs and their counsel.) Plaintiffs may select the languages into which the Settlement Notice shall be translated for, and Defendants, to the best of their ability, will furnish to Plaintiffs information that Defendants may have regarding languages spoken by the individuals listed on Exhibit B. Plaintiffs shall bear the costs of any translations of the Settlement Notice. Plaintiffs shall notify the Court and Defendants of the exact day on which the Settlement Notice was mailed within 7 business days of mailing. Plaintiffs' counsel shall file with the Court the consent forms they receive from the Settlement Notice period.

3.2 The parties have agreed to the form of the Settlement Notice and consent form, which are attached as Exhibit C, subject to the Court's approval.

3.3 The Settlement Notice prescribes a Settlement Notice Period, of 120 calendar days, requiring any individual listed on Exhibit B to send his or her consent to join form to Plaintiffs' counsel no later than 120 days from the date the Settlement Notice is mailed (such date will be reflected in the Settlement Notice form). This deadline will be based on when the consent form is postmarked not when it is filed with the Court. In addition to those individuals listed on Exhibit A, only those eligible individuals listed on Exhibit B who sign and return the enclosed opt-in consent form before the end of Settlement Notice period, as determined by the date of post-mark on the return envelope, shall be permitted to participate in the Settlement. These individuals are referred to as the "Post-Settlement Opt-In Plaintiffs" in this Agreement. Any late-received consent forms shall not be eligible absent written consent from Defendants, which will not be unreasonably withheld.

6

3.4     In addition to the mailing of the Settlement Notice form, Plaintiffs and their counsel may use their best efforts to notify those individuals listed in Exhibit B of their right to participate in the settlement by signing and returning the consent form and IRS W-4 form included with the Settlement Notice within the prescribed Settlement Notice Period.

3.5     Within 7 days of the last day of the Settlement Notice Period, Plaintiffs' counsel shall provide Defendants copies of those opt-in consent forms and W-4 Forms received during the Settlement Notice Period and shall file the consent forms with the Court.

## 4.     PAYMENT AND DISTRIBUTION TO PLAINTIFFS

4.1     In full consideration for the terms, conditions, and promises in this Agreement, Defendants will pay a settlement amount of $239,303 to the Current Opt-In Plaintiffs and Named Plaintiffs listed on Exhibit A.  Plaintiffs and their counsel have allocated the $239,303 settlement amount among the Current Opt-In and Named Plaintiffs for their payments, reflected on Exhibit D to this Agreement.  Defendants shall be responsible for issuing individual checks for each Current Opt-In and Named Plaintiff.  The total amount allocated to each Current Opt-In Plaintiff (before each employee's share of payroll taxes and any applicable garnishments to third parties) is intended to compromise and satisfy all claims for back pay, liquidated damages, and interest, all of which Defendants dispute.  Defendants may not take any deductions (with the exception of  taxes and third party garnishments, including but not limited to child support payments) from any payments to any Current Opt-In or Named Plaintiff who is no longer employed by Defendants.  For those Current Opt-In or Named Plaintiffs who are still employed by Defendants, Defendants may make the aforementioned deductions and also make deductions for arrears and claims.

7

4.2     The Named Plaintiffs and Plaintiffs' counsel allocated the Settlement funds. Neither party nor their counsel is authorized to expressly state or imply to Current Opt-In Plaintiffs or those individuals eligible to opt into the Settlement that Defendants will decide or have decided the allocations of the Settlement funds among Current Opt-In and Named Plaintiffs.  However, the Named Plaintiffs and Plaintiffs' counsel shall be permitted to explain how they allocated the Settlement funds.

4.3     Each Post-Settlement Opt-In Plaintiff shall receive $11.19 for each week worked in an eligible position at the Goodlettsville facility during the period from May 19, 2013 until May 25, 2014.  Pursuant to Section 3.5, within 7 days of the last day of the Settlement notice period, Plaintiffs shall provide Defendants with a list of Post-Settlement Opt-ins along with all W-4 forms received from such individuals.  Defendants shall be responsible for issuing individual checks for each Post-Settlement Opt-In Plaintiff.  The total amount allocated to each Post-Settlement Opt-In Plaintiff (before each employee's share of payroll taxes and any applicable garnishments (including child-support payments) to third parties) is intended to compromise and satisfy all claims for back pay, liquidated damages, and interest, all of which Defendants dispute.  Defendants may not take any deductions (with the exception of  taxes and third party garnishments, including but not limited to child support payments) from any payments to any Post-Settlement Opt-In Plaintiff who is no longer employed by Defendants.  For those Post-Settlement Opt-In Plaintiffs who are still employed by Defendants, Defendants may make the aforementioned deductions and also make deductions for arrears and claims.

4.4     The parties agree that one-half of each Current or Post-Settlement Opt-In Plaintiff's allocated amount of the Settlement funds will be designated as wages subject to federal and state payroll taxes, for which Defendants will issue an IRS Form W-2, and the other

8

half will be allocated to liquidated damages, for which Defendants will issue an IRS Form 1099. Plaintiffs understand and agree that they have not relied on any express or implied representations made by Defendants concerning the tax implications of the distribution of the Settlement funds.

4.5     Defendant will distribute checks for the allocated amounts determined by Plaintiffs in accordance with Section 4.1, less the Current or Post-Settlement Opt-In Plaintiff's share of payroll taxes, to Plaintiffs' counsel.  The settlement checks for those Named Plaintiffs and Current Opt-In Plaintiffs listed on Exhibit A will be transmitted in a single package to Plaintiffs' counsel within 14 days after the Effective Date.  For each Named Plaintiff or Current Opt-In Plaintiff who was not employed by Defendants in the current or prior calendar year, Defendants may deduct any backup tax withholdings made pursuant to IRS Guidelines using a withholding default of single/zero.   (For individuals listed on Exhibit A who have been employed by Defendants during the current or prior calendar year, the IRS supplemental withholding rate will be applied.) Envelopes containing settlement checks for the Post-Settlement Opt-In Plaintiffs will be transmitted in a single package to Plaintiffs' counsel within 14 days after Plaintiffs' counsel has provided Defendants with copies of those opt-in consent forms and W-4 forms received during the Settlement Notice Period, as required by Paragraph 3.5.  For each Post-Settlement Opt-In Plaintiffs who did not timely return a completed W-4 form, Defendants may deduct any backup tax withholdings made pursuant to IRS Guidelines using the supplemental withholding rate for individuals employed by Defendants in the current or prior calendar year and using a withholding default of single/zero for individuals not employed by Defendants in the current or prior calendar year.   Plaintiffs' counsel shall give Defendants

9

written notice of the date of mailing or hand-distribution of each check, within 14 calendar days of the last distribution of such checks.

4.6     There shall be no redistribution of unclaimed Settlement funds. For Current and Post-Settlement Opt-In Plaintiffs who do not cash their settlement checks within the 90-day time specified on the face of the check, Defendants will retain or provide to the state the unclaimed Settlement funds in accordance with the escheatment and unclaimed property laws of the individual's current state of residence, as determined by the individual's last-known address. Defendants will comply with applicable state law in addressing any requests by Current or Post-Settlement Opt-In Plaintiffs regarding uncashed settlement checks. There shall be no *cy pres* recipient.

4.7     It is Plaintiffs' sole obligation to each pay their employee's share of appropriate federal, state, and local income taxes on all payments that lawfully qualify as income. The parties also agree that there must be proper withholding of federal, state, and local income taxes (with the state and local withholdings based on each Plaintiff's current state of residence), and the employees' share of FICA and Medicare on all settlement payments representing back wages.

4.8     The parties have agreed that after Defendants have fulfilled their obligations as set forth in this Section, Plaintiffs shall be responsible for distributing the Settlement amounts and other administrative tasks and that no Qualified Settlement Fund shall be established.

## 5.     WAGE GARNISHMENTS

5.1     Upon reasonable proof submitted to Plaintiffs' counsel by Defendants, any payment will be reduced by the amount of any outstanding wage garnishment, child support payment, lien, or other deduction specified in Sections 4.1 and 4.3 above. Defendants may also

make deductions from payments to individuals who are currently employed by Defendants for arrears and claims.

## 6.    ATTORNEY FEES, COSTS, AND SERVICE PAYMENTS

6.1    Pursuant to FLSA Section 216(b), Defendants shall pay Plaintiffs' counsel the amount of $310,000 for Plaintiffs' attorneys' fees and expenses accrued through the date the parties complete execution of this Agreement.  Such payment shall be made to Barrett Johnston Martin & Garrison, LLC.  Additionally, the parties agree that service payments will be paid to each of the four Named Plaintiffs by Defendants in amounts of $10,000 per Named Plaintiff (or $40,000 in total), subject to the Court's approval.

6.2    In additional to the $310,000 in fees and expenses to be paid to Plaintiffs' counsel contemplated by paragraph 6.1 of this Agreement, should at least 25 percent of the individuals listed on Exhibit B file consents to become Post-Settlement Opt-In Plaintiffs, Defendants shall pay Plaintiffs' counsel an additional $10,000 in attorneys' fees and expenses.  Defendants shall also pay an additional $10,000 at each of the 30 and 35 percent participation levels for Plaintiffs' attorneys' fees and expenses incurred for work during the Post-Settlement Notice period.  For example, if 27 percent of the individuals listed on Exhibit B file consents to become Post-Settlement Opt-In Plaintiffs, then Defendants shall pay Plaintiffs' counsel an additional $10,000 in attorneys' fees and expenses.  If 33 percent of the individuals listed on Exhibit B file consents to become Post-Settlement Opt-In Plaintiffs, then Defendants shall pay Plaintiffs' counsel an additional $20,000 in attorneys' fees and expenses.  If 38 percent of the individuals listed on Exhibit B file consents to become Post-Settlement Opt-In Plaintiffs, then Defendants shall pay Plaintiffs' counsel an additional $30,000 in attorneys' fees and expenses.  The parties agree that these amounts of attorneys' fees and expenses reflect rough estimates of amounts Plaintiffs'

11

counsel would be due for reasonable work associated with the Settlement Notice process, based on the number of Opt-In Plaintiffs who join the Settlement Class.

6.3     Defendants agree that each of the four Named Plaintiffs will receive service payments in amounts of $10,000 each (or $40,000 total), subject to the Court's approval.

6.4     The service payments described in this section shall constitute consideration for the Named Plaintiffs' agreement to the confidentiality obligations set forth in Paragraph 14.1 and their participation in discovery and assisting Plaintiffs' counsel and the Opt-In Plaintiffs.  Should the Court reject Plaintiffs' request for service payments, or award amounts less than those sought by Plaintiffs, all other terms of this Agreement shall remain binding on the parties.

6.5     Defendants shall provide Plaintiffs with checks for the service payments to the Named Plaintiffs in the amount awarded by the Court within 14 days of the Effective Date. Defendants shall pay Plaintiffs' counsel the $310,000 for attorney's fees and expenses at the same time that they provide the checks for the service payments to the Named Plaintiffs.  Defendants shall pay Plaintiffs' counsel any attorneys' fees and expenses related to work done during the Post-Settlement Notice period, described in paragraph 6.2, within 14 days after Plaintiffs' counsel has provided Defendants with copies of those opt-in consent forms and W-4 forms received during the Settlement Notice Period.

7.     **RELEASE**

7.1     Any Named Plaintiff or Current or Post-Settlement Opt-In Plaintiff, for themselves and their families, attorneys, heirs, agents, executors, administrators, personal representatives, successors, any future estates, assigns and beneficiaries, and any and all of them (collectively, the "Releasers"), voluntarily and with the benefit of counsel and fully and forever releases and discharges defendants, their present and former officers, directors, subsidiaries,

affiliates, agents, partners, employees, attorneys, accountants, executors, administrators, personal representatives, heirs, successors and assigns, and any or all of them (collectively, the "Releasees"), in their personal, individual, official and/or corporate capacities, from any and all FLSA and state-law wage-and-hour-related claims – including breach of contract or violation of state laws or regulations for unpaid compensation – and any other wage-and-hour-related claims of any kind related to the claims asserted in this action, whether known or unknown, whether contingent or non-contingent, specifically asserted or not, which the Releasers, or any of them, may assert anywhere in the world against the Releasees, or any of them, arising through the date on which the Agreement is approved by the Court for the time period that Plaintiffs worked and were paid pursuant to the Defendants' Alternative Time and Attendance System.

7.2     This release does not extend to any claims for workers' compensation, claims brought under Title VII of the Civil Rights Act of 1964, or other statutory or common law claims unrelated to the claims asserted in the *Awad* action.

7.3     When approved by the Court, this Settlement Agreement will fully effectuate the release provisions of Paragraphs 7.1 and 7.2 to which each Plaintiff is bound, even if each such Plaintiff does not endorse or negotiate a settlement check.

7.4     Plaintiffs will be deemed to have waived, released, discharged, and dismissed all released claims as set forth in Paragraphs 7.1 through 7.3 above, with full knowledge of all rights they may have, and each hereby assumes the risk of any mistake in fact in connection with the true facts involved or with regard to any facts which are now unknown to them.

## 8.    DISMISSAL OF ACTION

8.1     Plaintiffs agree to dismissal of the *Awad* action with prejudice upon satisfaction of the conditions and timeline specified herein that result in the Court's entry of the Order

13

Granting Joint Motion for Approval of Settlement. The parties shall request in their Joint Motion for Approval of Settlement that the Court dismiss this action at the same time that it enters an Order approving this settlement. The parties also shall request that upon dismissal the Court only administratively close this case so that Plaintiffs may file opt-in consent forms received during the settlement notice period and notify the Court of the date the post-settlement notice is sent. After the expiration of the settlement notice period, the parties shall request that the case be permanently closed.

## 9. RESOLUTION OF FUTURE DISPUTES

9.1 Named Plaintiffs confirm that as of the date of this agreement, other than this action, they have not filed any other wage-and-hour action, cause of action, claim, or complaint currently pending against Defendants or other Releasees for compensation for the period from February 12, 2012, until May 25, 2014. If any such action, cause of action, claim, or complaint exists or is filed by any of them before this settlement is approved by the Court, Plaintiffs will not be entitled to recover any damages or other relief of any kind under the Agreement, including costs and attorneys' fees. The Agreement is intended to resolve all claims set forth in Paragraph 1.2 above as of the Effective Date of this Agreement.

9.2 The United States District Court for the Middle District of Tennessee will have continuing jurisdiction to interpret and enforce this Agreement and to hear and adjudicate any dispute or litigation arising from the Agreement except as otherwise provided herein.

## 10. DOCUMENTS

10. Counsel for the parties will, within 30 days after the final distribution of payments required by this Agreement, destroy or return to counsel for the producing party all documents and information (including electronically stored information) produced by the other party or

14

parties during the course of the litigation that was subject to the Protective Order entered in this action on November 20, 2015 (Docket No. 105). This obligation supersedes any obligation, right, or timing otherwise provided for in the Protective Order or by Local Rule. This paragraph does not apply to publicly filed material or attorney work product.

## 11. PARTIES' AUTHORITY

11.1 The signatories hereby represent that they are fully authorized to enter into this Agreement. In particular, Plaintiffs' Counsel represents that the Named Plaintiffs have authorized them to enter this Agreement on behalf of all Current and Post-Settlement Opt-In Plaintiffs and to bind all of them to the terms and conditions hereof. Defendants' Counsel represents that Defendants have authorized them to enter this Agreement on behalf of Defendants.

11.2 The parties acknowledge that throughout the settlement negotiations that resulted in this Agreement they have been represented by counsel who are experienced in collective action litigation under the FLSA and that this Agreement is made with the consent and advice of counsel who have prepared the Agreement.

## 12. MUTUAL FULL COOPERATION

12.1 The parties agree to cooperate fully to implement this Agreement, including but not limited to, executing such documents and taking such other action as is reasonably necessary to implement and effectuate the terms of this Agreement.

## 13. ENFORCEMENT ACTIONS

13.1 If any party institutes any legal action, arbitration, or other proceeding against any other party to enforce the provisions of this Agreement, the successful party will be entitled to recover from the unsuccessful party reasonable attorney's fees and costs.

15

## 14. LIMITATIONS ON PUBLICITY

14.1    The parties, and their counsel, agree that in response to any inquiries by the media concerning this settlement, apart from any disclosures necessary to effectuate this agreement, counsel and the Named Plaintiffs will state only that the matter has been resolved to the mutual satisfaction of the parties.  In addition, the Named Plaintiffs, Defendants, and their counsel agree that they will not publicize this settlement or the events and negotiations surrounding the Agreement, except by pleadings filed with the Court.  The Named Plaintiffs also may communicate about the terms of the Agreement with their attorneys, tax advisors, and immediate family members.  Nothing in this paragraph prevents Defendants from making necessary public disclosures regarding the settlement and discussing the settlement with individual key customers and answering their reasonable questions about the settlement.

## 15. MODIFICATION

15.    This Agreement and its attachments may not be changed, altered, or modified, except in writing and signed by the parties hereto, and approved by the Court.

## 16. ENTIRE AGREEMENT

16.1    This Agreement and its Exhibits constitute the entire agreement between the parties concerning the subject matter hereof.  No extrinsic oral or written representation or terms will modify, vary, or contradict the terms of this Agreement.

## 17. CHOICE OF LAW/JURISDICTION

17.1    This Agreement will be subject to, governed by, construed, enforced, and administered in accordance with the laws of the State of Tennessee, both in its procedural and substantive aspects, and the continuing jurisdiction of the United States District Court for the Middle District of Tennessee. This Agreement will be construed as a whole according to its fair

Case 3:15-cv-00130   Document 189-1   Filed 10/13/16   Page 17 of 47 PageID #: 5442

meaning and intent and not in favor of any party, regardless of who drafted or was principally responsible for drafting the Agreement or any specific term or condition thereof.

## 18. COUNTERPARTS

18.1    This Agreement may be executed in counterparts, and when counsel for the Plaintiffs and counsel for Defendants have executed at least one counterpart, each counterpart will be deemed an original, and when taken together, will constitute one Agreement, subject to the Court's approval, which will be binding upon and effective as to all parties including both the current Named and Current Opt-in Plaintiffs and the Post-Settlement Opt-in Plaintiffs.

## 19. VOIDING THE AGREEMENT

19.1    In the event this Agreement, or any amended version agreed upon by the parties, is not approved by the Court, the Agreement will be null and void in its entirety and the parties will revert to their respective positions as of October 9, 2016, unless expressly agreed in writing by all parties.

19.2    If judicial approval of the Agreement is otherwise denied, the parties will attempt to reach agreement on provisions rejected by the Court for a period not less than 45 calendar days following the date approval is denied. The parties will file a joint motion for a stay of the action during the period referred to in this paragraph.

Dated: October 12, 2016

_(signature)_

Jerry E. Martin (No. 20193)
David W. Garrison (No. 24968)
Scott P. Tift (No. 27572)
Seth M. Hyatt (No. 31171)
Joshua A. Frank (No. 33294)
BARRETT JOHNSTON MARTIN & GARRISON,
LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

_(signature)_

Charles P. Yezbak, III
Yezbak Law Offices
2002 Richard Jones Road, Suite B-200
Nashville, TN 37215
(615) 250-2000

_Attorneys for Plaintiffs_

_(signature)_

Kenneth A. Weber (BPR #15730)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5600 (telephone)
(615) 726-0464 (facsimile)

_(signature)_

Michael J. Mueller
Evangeline C. Paschal
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 419-2116 (telephone)
(202) 778-7433 (facsimile)

_Attorneys for Defendants_

18

# EXHIBIT A
## NAMED AND CURRENT OPT-IN PLAINTIFFS

1. Abdalla, Hana
2. Abdallah, Tahany
3. Abdelshahed, Marsa
4. Abdo, Fawzya
5. Aboud, Amir
6. Abrahim, Mousif
7. Adly, Mena
8. Ahmed, Halimo
9. Ahmed, Hamza
10. Ahmed, Sahara
11. Alor, Anglina
12. Alvarado, Elva
13. Anderson, Corbett
14. Angly, Fadwa
15. Antar, Eman
16. Armanious, Naema
17. Assad, Meer (Mary)
18. Assad, Yausry
19. Auob, Nady
20. Awad, Farah
21. Awad, Samira
22. Axad, Nabila
23. Ayad, Machiel
24. Ayad, Mariam
25. Ayoub, Nashat
26. Bah, Hani
27. Bashir, Bashir
28. Bean, Lillian
29. Bean, Shannon
30. Benyamin, Ashraf
31. Besada, Mona
32. Beshay, Wagiha
33. Bishay, Hana
34. Boshra, Amany
35. Botros, Hamdy
36. Botros, Meladi
37. Botrous, Ashraf
38. Boules, Ata
39. Chaly, Youssef
40. Chau, Dong
41. Danial, Marcos
42. Daoud, Mervat
43. Demian (Hanna), Magdy
44. Demyan, Ibrahim
45. Do, Lang
46. Doghmoush, Samir Mariam
47. Doro, Astarina
48. Eilia, Gawhara
49. Eilia, Nagy
50. Elaarag, Magdy
51. Elias, Neven
52. Elias, Zakaria
53. Elnozahi, Suad
54. Elsonbaty, Sherif
55. Eshak, Sabah
56. Eskandar, Soheir
57. Eskander, Ashraf
58. Eskander, Ayman
59. Eskander, Tahani
60. Eskander, Wafik
61. Estfanous, Eid
62. Eweda, Tahany
63. Fahmy, Mariya
64. Farag, Mariam
65. Farag, Romany
66. Fares, Adel
67. Fawzy, Magda
68. Fouad, Karema
69. Fouad, Samy
70. Framsis, Safwat
71. Frias, Ruth
72. Gabra, Mosa
73. Gabra, Samea
74. Gad, Gamol

1

| 75. | Gadelsead, Treza | 115. | Ido, Jamila |
| 76. | Gardner, Jeffrey | 116. | Ido, Malyun |
| 77. | Gawargeous, Shereen | 117. | Idrahim, Mona |
| 78. | Gerges, Hoda | 118. | Isaac, Hanan |
| 79. | Gerges, Lotfy | 119. | Isaac, Sobhi |
| 80. | Gerges, Samia | 120. | Isaak, Abdulkadir |
| 81. | Gergies, Eman | 121. | Isak, Ghada |
| 82. | Gergis, Thabet | 122. | Ishak, Malak |
| 83. | Ghoubrial,Ibrahim | 123. | Ishak, Randa |
| 84. | Girgis, Alaa | 124. | Iskander, Amgad |
| 85. | Girgis, Ayob | 125. | Jama, Halimo |
| 86. | Girgis, Emad | 126. | Jawish, Anwar |
| 87. | Girgis, Mariam | 127. | Jeremie, Sindayigusanya |
| 88. | Girgis, Youssef | 128. | Jock, Nyabuoy |
| 89. | Grs, Gerges | 129. | Joseph, Dualmar |
| 90. | Gubara, Inasf | 130. | Kabeya, Kaji |
| 91. | Habib, Afaf | 131. | Kamal, Nasif |
| 92. | Habib, Baheg | 132. | Kamel, Adel |
| 93. | Habib, Mary | 133. | Kamel, Emad |
| 94. | Habib, Neima | 134. | Kamel, Gawarge |
| 95. | Halim, Mariam | 135. | Kamel, Malak |
| 96. | Hana, Eid | 136. | Karaj, Petronie |
| 97. | Hana, Mansour | 137. | Kerolos, Adeeb |
| 98. | Hana, Mina | 138. | Khai, Pau |
| 99. | Hanna, Amany | 139. | Kolta, Reda |
| 100. | Hanna, Ezzat | 140. | Koma, Folora |
| 101. | Hanna, Hanna | 141. | Labeeb, Hany |
| 102. | Hanna, Mariam | 142. | Labib, Mamdoh |
| 103. | Hanna, Nadi | 143. | Labib, Safaa |
| 104. | Hanna, Nafeek | 144. | Lamae, Mary |
| 105. | Hanna, Nihal | 145. | Langh, Thang |
| 106. | Hanna, Samy | 146. | Lawendy, Shereen |
| 107. | Hassan, Murayo | 147. | Lee, Felita |
| 108. | Henin, Shenouda | 148. | Lewiz, Manal |
| 109. | Hicks, Gary | 149. | Makar, Nagwa |
| 110. | Hussen, Najma | 150. | Makar, Nassef |
| 111. | Hzkial, Magdy | 151. | Malek, Ayen |
| 112. | Ibrahim, Nagwa | 152. | Mansour, Emad |
| 113. | Ibrahim, Nahed | 153. | Mansour, Yasser |
| 114. | Ido, Abdinoor | 154. | Manssor, Kristeen |

| 155. | Masoud, Magdy | 195. | Rezk, Romany |
| 156. | Maximous, Maiboulz | 196. | Rizkalla, Mary |
| 157. | Mekhaeel, Azer | 197. | Sadeek, Mariam |
| 158. | Mekhaiel, Soheir | 198. | Saeid, Hanaa |
| 159. | Mena, Ramy | 199. | Said, Ebram |
| 160. | Metias, Alaa | 200. | Saied, Amal |
| 161. | Meza, Cinthya | 201. | Saied, Hosny |
| 162. | Mganaga, Abdisalan | 202. | Saleh, Nady |
| 163. | Michael, Michael | 203. | Salep, Adel |
| 164. | Mikhaeil, Sabah | 204. | Salib, Magdy |
| 165. | Mikhaeil, Safwat | 205. | Salib, Saad |
| 166. | Mikhaiel, Mona | 206. | Salib, Salib |
| 167. | Mikhail, Magdy | 207. | Salib, Soliman |
| 168. | Mohamed, Eblo | 208. | Samaan, Hosny |
| 169. | Mohamed, Kawiyo | 209. | Samir, Ereny |
| 170. | Mohamed, Khadijo | 210. | Samir, Emad |
| 171. | Morales, Rosa | 211. | Samman, Kamel |
| 172. | Morcos, Hany | 212. | Samuel, Noura |
| 173. | Morkos, Raafat | 213. | Sargious, Emad |
| 174. | Morkos, Saad | 214. | Sawerse, Fakhry |
| 175. | Moures, Nael | 215. | Sefin, Awad |
| 176. | Nageb, Nady | 216. | Shafik, Salah |
| 177. | Nageib, Rimon | 217. | Shenouda, Gorgit |
| 178. | Nagib, Mina | 218. | Soliman, Nasif |
| 179. | Naiem, Sameh | 219. | Soulymain, Mariam |
| 180. | Nakhla (Salib), Heba | 220. | Tadros, Neama |
| 181. | Narouz, Medaht | 221. | Tawadrous, Samir |
| 182. | Nasem, Amany | 222. | Tawfeek, Saher |
| 183. | Nasr, Boula | 223. | Tawfik, Shenouda |
| 184. | Nasr, Snaa | 224. | Thabet, Manal |
| 185. | Nicholson, Mary Elaine | 225. | Tosa, George |
| 186. | Niser, Armia | 226. | Tousa, Ashak |
| 187. | Nur, Zeinab | 227. | Tuang, Thawng |
| 188. | Oleni, Niyonzima | 228. | Tung, Thang |
| 189. | Omot, Apew | 229. | Twang, Thang |
| 190. | Omwony, Lina | 230. | Weerar, Gassaw |
| 191. | Osman, Yasmin | 231. | Yakoub, Maha |
| 192. | Peter, Rita | 232. | Yam, Nyahok |
| 193. | Qadir, Abdi Rahman | 233. | Yassa, Magdy |
| 194. | Rezek, Sherif | 234. | Younan, Ebtsam |

3

235. Yousef, Fayza
236. Yousef, Marem
237. Yousef, Shehata
238. Youssef, Fareed
239. Yowakem, Mena
240. Yugusuk, Sara
241. Yusuf, Abdirisaq
242. Zakaria, Emad
243. Zakaria, Magda
244. Zakee, Mariam
245. Zaky, Mina
246. Zelaya, David

## EXHIBIT B
## INDIVIDUALS ELIGIBLE TO PARTICIPATE VIA POST-SETTLEMENT NOTICE

1. Aadan Ali, Yassin
2. Abdalla, Siddig
3. Abdelmalak, Zarif A
4. Abdi, Farhiya D
5. Abdi, Hajir
6. Abdi, Hassan M
7. Abdi, Hussein M
8. Abdi, Nasro A
9. Abdullahi, Fartun O
10. Abdullahi, Hawa H
11. Abdullahi, Jibril
12. Abdulqader, Ahmed K
13. Abdulqader, Haval K
14. Abosif, Ezzat
15. Abraham, Fikrom A
16. Abrahem, Afaf A
17. Abril Ruelas, Jesse A
18. Abshir, Abdirashid A
19. Abubakar, Mohamed
20. Adam, Dahir
21. Adam, Hassan A
22. Adan Elmi, Mohamoud
23. Adan, Nasro A
24. Aden, Abdulle O
25. Aden, Halimo
26. Aden, Hamdi
27. Aden, Nabris M
28. Aden, Shaban
29. Adkins, Marshall K
30. Afrah, Haredo A
31. Aguilar, Vilma D
32. Ahmed, Asaad S
33. Ahmed, Jawahiri M
34. Ahmed, Nur A
35. Akeri, Samuel I
36. Akers, Wanda R
37. Al Saedi, Ahmed A
38. Alali, Sadek B
39. Albolay Perez, Roberto
40. Ali Ahmed, Ahmed A
41. Ali, Hassan J
42. Allen, Emmanuel E
43. Amindaneshpour, Behzad
44. Anderson, Marlon W
45. Antunez Ribot, Claro D
46. Aray, Asha N

1

| | | | |
|---|---|---|---|
| 47. | Arbolaez Medina, Yanelys | 72. | Bedel, Fartun A |
| 48. | Arbolaez, Geyde R | 73. | Bell, Cortez M |
| 49. | Armstrong, Jeremy T | 74. | Bell, Thomas A |
| 50. | Artan, Hamdi M | 75. | Bencomo, Rolando |
| 51. | Arteaga, Madelaine | 76. | Benesto, Jane |
| 52. | Ashworth, Hank T | 77. | Binyameen, Abdulhakim O |
| 53. | Aung, Maran S | 78. | Blaisdell, Amber M |
| 54. | Aung, Myar | 79. | Blanco, William |
| 55. | Autry, Robert | 80. | Blk, Sang |
| 56. | Awil Muhumed, Mahmud A | 81. | Bodenhamer Sr, Barry L |
| 57. | Awng, Tu | 82. | Bodenhamer, Linda S |
| 58. | Axley, Martha L | 83. | Bond, Deontae M |
| 59. | Baale, Hassan | 84. | Bond, Roymonte D |
| 60. | Badia Martinez, Aimee | 85. | Bonilla, Roberto C |
| 61. | Baganda, Simile | 86. | Borges Escandon, Luisa M |
| 62. | Bagwell, Timothy S | 87. | Boudsisomphone, Khamla |
| 63. | Bahati, Judith | 88. | Boza, Zuami |
| 64. | Bajoje, Bihogo | 89. | Brewer, Dustin L |
| 65. | Baltazar Gaspar, Jose | 90. | Brothers, Larry L |
| 66. | Banaabo, Osman S | 91. | Brown, Antoine |
| 67. | Barale, Siraad A | 92. | Brown, Richard E |
| 68. | Barkhadly, Asiya J | 93. | Bryant, William M |
| 69. | Barrera, Alejandro | 94. | Bu, Sha Myan K |
| 70. | Barrera, Mariela | 95. | Buhendwa, Fitina |
| 71. | Beaton Arteaga, Wilmer | 96. | Caballero Hernandez, Ricardo |

2

| 97. | Cairnes, James B | 122. | Clark, David D |
| 98. | Caldera, Richey W | 123. | Clark, Kevin E |
| 99. | Campos, Edwin A | 124. | Clark, Zachary |
| 100. | Carabantes Recinos, Cruz A | 125. | Coffman, Maurice A |
| 101. | Carabantes, Clara D | 126. | Comer, Billy C |
| 102. | Carapia, Monica | 127. | Constantin, Florin C |
| 103. | Carey, Mark A | 128. | Cotrina, Jose |
| 104. | Carter, Kevin D | 129. | Covington Iii, Edward L |
| 105. | Casola, Leonardo E | 130. | Covington, Jeremiah L |
| 106. | Castellanos Badia, Dayana | 131. | Crode, Sebakire |
| 107. | Castillo Cruz, Yosvel | 132. | Cruz, Lincoln Y |
| 108. | Castillo, Rafael Y | 133. | Cung, Phun K |
| 109. | Castro, Maria E | 134. | Dah, Mu |
| 110. | Chambers, Carl E | 135. | Dal, Lam |
| 111. | Chambers, Charles J | 136. | Dao, Teo V |
| 112. | Chanpetch, Roger V | 137. | Darjee Moti, Kul B |
| 113. | Chavez Jr, Miguel | 138. | Darjee, Bhim R |
| 114. | Chevez, Juan S | 139. | Darjee, Birkha |
| 115. | Chhetri Karki, Sumitra | 140. | Darjee, Mery |
| 116. | Chhetri, Sher B | 141. | Davis, Ann M |
| 117. | Ching, Thang M | 142. | Dawoud, Maged N |
| 118. | Chivala, Ramazani H | 143. | Dee, Pree |
| 119. | Cihlar, Sean M | 144. | Dewilo, Achia |
| 120. | Cin, Kap K | 145. | Diaz Rodriguez, Adanis |
| 121. | Cing, Don | 146. | Diaz, Divaldo |

3

| | | | |
|---|---|---|---|
| 147. | Diaz, Leoncio A | 172. | Faragalla, Abanoub M |
| 148. | Diaz, Maria | 173. | Farah, Ahmed J |
| 149. | Diazrodriguez, Lis Y | 174. | Farah, Farhiya A |
| 150. | Didasi, Delaya | 175. | Farah, Ismahan |
| 151. | Didasi, Steven | 176. | Farah, Mohamed A |
| 152. | Dinh, Lan T | 177. | Fathy, Makaryous N |
| 153. | Distrubel Ruiz, Yoandry | 178. | Fauste, Sagata |
| 154. | Do, Minh Lieu T | 179. | Felipe Portales, Amaury |
| 155. | Doh, Gay | 180. | Fernandez, Lazara B |
| 156. | Dolif, Ahmed | 181. | Fitzsimmons, Ronald |
| 157. | Dolif, Mohamed | 182. | Flores, Irma |
| 158. | Dowd Iii, John F | 183. | Flores, Pedro |
| 159. | Draper, Ryan A | 184. | Fouad, Petar S |
| 160. | Driggs Amelo, Jorge | 185. | Francisco, Manuel |
| 161. | Dulzaides Blanco, Hildelisa | 186. | Franco Mendez, Xiomara |
| 162. | Duque, Yorky | 187. | Frias Morey, Manuel S |
| 163. | Eh, Htoo | 188. | Fructuoso Garcia, Luis A |
| 164. | Elabd, Bahaa K | 189. | Fuqua, Paul C |
| 165. | Eliezer, Niyonzima | 190. | Galano Dulzaides, Yimi |
| 166. | Erian, Sameh R | 191. | Galbreath, Edgar M |
| 167. | Eshete, Yerom F | 192. | Garane, Abdi G |
| 168. | Evans, Kenneth R | 193. | Garcia Perez, Ana |
| 169. | Ezentouti, Abdelaziz | 194. | Garcia Rodriguez, Maritza |
| 170. | Farag, Ezzat S | 195. | Garcia, Omar |
| 171. | Farag, Mariam | 196. | Garcia, Ramon G |

4

| | | | |
|---|---|---|---|
| 197. | Gardner, Terrence O | 222. | Gure, Dalal Q |
| 198. | Garduza Quiroga, Veronica | 223. | Gurung, Nar B |
| 199. | Garrett, Paul E | 224. | Guta, Shqiprim |
| 200. | Gates, Ellen A | 225. | Gutierrez, Aily |
| 201. | Gawargy, Mina I | 226. | Gutierrez, Jose L |
| 202. | Gay, Lucas | 227. | Guzman Delgado, Sucel |
| 203. | Gazquezcabrera, Emilio | 228. | Haana, Heba G |
| 204. | Gedaye, Khadijo A | 229. | Habib, Adel S |
| 205. | Ghabros, Dina A | 230. | Habib, Meymuna N |
| 206. | Gin, Cin | 231. | Hakizimana, Alphonsine |
| 207. | Giron, Jose | 232. | Hale, Billy R |
| 208. | Giron, Teresa | 233. | Hall, Justin N |
| 209. | Gleaves, Richard W | 234. | Hamilton, David R |
| 210. | Gonce Chacon, Yunior | 235. | Hanna, Ayman |
| 211. | Gonzales, Miriel | 236. | Harper, Kimberly A |
| 212. | Gonzalez Hernandez, Lazaro | 237. | Hashi, Ayan A |
| 213. | Gonzalez Ruiz, Jackeline C | 238. | Hashi, Hindiyo S |
| 214. | Gonzalez, Jorge A | 239. | Hashi, Yasmin A |
| 215. | Gonzalez, Mileybis | 240. | Hassan Muhumud, Abdirizak H |
| 216. | Gordon, Christian P | 241. | Hassan, Ayan D |
| 217. | Graham, Richard O | 242. | Hassan, Dahir M |
| 218. | Granados, Jose R | 243. | Hassan, Faduma M |
| 219. | Granados-Ramos, Ana B | 244. | Hassan, Hamdi |
| 220. | Greenway, Odalia S | 245. | Hassan, Khali M |
| 221. | Guinn, Rajiz D | 246. | Hassan, Mohamed |

5

| | | | |
|---|---|---|---|
| 247. | Hayworth, Michael T | 272. | Hussein, Farhiyo A |
| 248. | Head, Rogers D | 273. | Hussein, Said A |
| 249. | Hei Mung, Thawng | 274. | Hussen, Jemal |
| 250. | Hendricks, Venita F | 275. | Huy, Khim |
| 251. | Hendy, Samouil S | 276. | Huynh, Nhung T |
| 252. | Hernandez Alvarez, Rosa M | 277. | Huynh, Thu |
| 253. | Hernandez Cana, Carlos E | 278. | Hyde, Ryan P |
| 254. | Hernandez, Aymee | 279. | Iacob, Teofil |
| 255. | Hernandez, Cristabel M | 280. | Ibrahim, Ahmed M |
| 256. | Hernandez, Elsa M | 281. | Ibrahim, Ayan D |
| 257. | Hernandezcasanueva, Ramon | 282. | Ibrahim, Hussein |
| 258. | Hersi, Nimo M | 283. | Ibrahim, Maikel M |
| 259. | Hevia Duran, Ricardo | 284. | Ige, Udbi S |
| 260. | Hevia, Richard | 285. | Irad, Abdikadir A |
| 261. | Hilliard Jr, Frank | 286. | Irad, Fardowsa A |
| 262. | Hirsi, Fadumo D | 287. | Ismail, Fosia J |
| 263. | Hla, Aye | 288. | Isse, Habiba A |
| 264. | Holmes Jr, Cecil R | 289. | Ivanovici, Sorin N |
| 265. | Hong, Gin E | 290. | Izaguirre Corrales, Jose N |
| 266. | Htawng, Kia | 291. | Izaguirre, Dilcia J |
| 267. | Htoo, Kler | 292. | Izaguirre, Mario |
| 268. | Hughes, Dewayne T | 293. | Izaguirre, Riccy M |
| 269. | Hughes, Willie C | 294. | Ja, Nang |
| 270. | Humphrey, Joshua E | 295. | Jackson Sr, Steven D |
| 271. | Hussein, Abdi A | 296. | Jaime, Dilay |

6

| | | | |
|---|---|---|---|
| 297. | Jama, Abdulkaadir | 322. | Kelley, Terry D |
| 298. | Jama, Halimo | 323. | Kennamore, Derandell S |
| 299. | James, William | 324. | Keopanya, Sritan |
| 300. | Jauregui, Rafael | 325. | Keopanya, Srivichai |
| 301. | Jeanne, Nduwimana | 326. | Keophikoun, Neuk |
| 302. | Jenkins, Toland G | 327. | Khain, Maung K |
| 303. | Jimenez, Veronica E | 328. | Kham, Nang M |
| 304. | John Bosco, Ndayisaba | 329. | Khan Tung, Kam |
| 305. | John, Buchana | 330. | Khayre, Asli M |
| 306. | Johnson, Charles L | 331. | Khup, Gin L |
| 307. | Johnson, Franklin C | 332. | Khup, Thang S |
| 308. | Jones, Kenneth J | 333. | Killoran, Gavin P |
| 309. | Jones, Nyjah T | 334. | Kimble, Brett S |
| 310. | Jordan, Shawn K | 335. | Kimbrough, Eric J |
| 311. | Jovel, Jessica Y | 336. | Kisubi, Moise M |
| 312. | Jovel, Joana M | 337. | Koh, Bi |
| 313. | Kam, Khual K | 338. | Kongphatham, Bounta |
| 314. | Kanghung, Colin L | 339. | La, Awng |
| 315. | Kap, Mang K | 340. | Lam, Thawng |
| 316. | Kap, Mung D | 341. | Lambert, Mbereye |
| 317. | Kapaw, Saw H | 342. | Landeiro Valle, Humberto |
| 318. | Karshe, Ismahan | 343. | Lane, Michael V |
| 319. | Kee Ling, Lin L | 344. | Langh, Thang S |
| 320. | Keith, Anthony T | 345. | Langjaw, Htoi |
| 321. | Kelley, Jeffrey W | 346. | Laraortiz, Gisel |

7

| | | | |
|---|---|---|---|
| 347. | Lasval, Manuel B | 372. | Lynch, Keith N |
| 348. | Lazo, Maria | 373. | Madison, Devan L |
| 349. | Le, Lanh T | 374. | Mahamed, Halima |
| 350. | Le, Tam D | 375. | Mahamud, Fardowsa |
| 351. | Lemus Ortega, Esther M | 376. | Majambere, Venelanda |
| 352. | Lemusortega, Damarys | 377. | Malavong, Sarah |
| 353. | Lian, Kim | 378. | Malavong, Terry |
| 354. | Lian, Lal T | 379. | Mana, Hung |
| 355. | Lian, Suan | 380. | Mang Lam Tuang, Augustine |
| 356. | Lillard, Darrius M | 381. | Mang, Gin |
| 357. | Limbu, Nirpa | 382. | Mang, Lian |
| 358. | Ling, Kee | 383. | Manzanarez, Rafael |
| 359. | Litchford, Brian | 384. | Manzanarez, Rafael |
| 360. | Littleton, James D | 385. | Maran, Ja S |
| 361. | London, Laquesia B | 386. | Marks, Michael L |
| 362. | Lopez Canete, Martha | 387. | Martin, Robert E |
| 363. | Lopez Contreras, Pedro | 388. | Martin, Terrell D |
| 364. | Lopez Fuentes, Madelayne | 389. | Martinez, Gloria |
| 365. | Lopez, Oscar | 390. | Martinez, Lucio |
| 366. | Lora, Rafael E | 391. | Masoud, Ramy K |
| 367. | Lorenzo Fernandez, Juan M | 392. | Maung, Ame A |
| 368. | Lu, Can T | 393. | Maung, Hsi K |
| 369. | Lu, Lu | 394. | Maung, Saw H |
| 370. | Luaces, Jose A | 395. | Maung, Sun D |
| 371. | Lum, Dai | 396. | Mayom, Maykuon C |

Case 3:15-cv-00130   Document 189-1   Filed 10/13/16   Page 31 of 47 PageID #: 5456

| | | | |
|---|---|---|---|
| 397. | Mays Jr, Jason A | 422. | Miranda Iglesias, Yasmany |
| 398. | Mazyck, Danny E | 423. | Miranda Lorenzo, Yadarys |
| 399. | Mccarver, Trista R | 424. | Miranda Reina, Jose |
| 400. | Mccurdy, Michael V | 425. | Miranda Reina, Luis |
| 401. | Mcgee, Joseph K | 426. | Mirham, Hany N |
| 402. | Mckinney, Joshua E | 427. | Moe, Ti |
| 403. | Medina Fuentes, Rodolfo | 428. | Mohamed Ismail, Asia |
| 404. | Medina, Joan | 429. | Mohamed, Ahmed M |
| 405. | Medina, Jose L | 430. | Mohamed, Amino H |
| 406. | Meh, Doe | 431. | Mohamed, Anab A |
| 407. | Mejia, Justin T | 432. | Mohamed, Fatuma A |
| 408. | Mejia, Sandra | 433. | Mohamed, Khadra |
| 409. | Melgar, Jorge A | 434. | Mohamed, Mahmud |
| 410. | Melik, Romany A | 435. | Mohamed, Shukri |
| 411. | Mendez, Francisco A | 436. | Mohareb, Makin S |
| 412. | Meza, Raul | 437. | Molina, Veronica |
| 413. | Mhany, Bebawy G | 438. | Montejo, Juan E |
| 414. | Mhany, Sbra | 439. | Moo, Hser D |
| 415. | Miburo, John | 440. | Moore, Barry R |
| 416. | Michel Rojas, Yeni A | 441. | Moore, Christopher J |
| 417. | Midgett, Steve I | 442. | Morales Morales, Manuel D |
| 418. | Migwa, Khadija H | 443. | Morcos Louis, Gerges E |
| 419. | Mihretab, Meron M | 444. | Moreno, Kenia R |
| 420. | Mikhaeil, Ashrf F | 445. | Moreno, Keyla M |
| 421. | Min, Wanna | 446. | Morton, Ethan W |

9

| | | | |
|---|---|---|---|
| 447. | Moses, Bobby L | 472. | Nguyen, Loi |
| 448. | Mossad, Maged S | 473. | Nguyen, Nguu T |
| 449. | Mothey, Anupa | 474. | Nguyen, Phong D |
| 450. | Mothey, Basanti | 475. | Nguyen, Sang T |
| 451. | Mothey, Gopal | 476. | Nguyen, Thanh H |
| 452. | Mothey, Raju | 477. | Nguyen, Thanh P |
| 453. | Moya, Arlen | 478. | Nguyen, Thanh T |
| 454. | Mue, Lay | 479. | Nguyen, Tri V |
| 455. | Muluneh, Alemshet W | 480. | Nimpagaritse, Awen |
| 456. | Mung, Cin Z | 481. | Ning, Hau D |
| 457. | Mung, Kam S | 482. | Nipper, Joshua L |
| 458. | Munns, Darren W | 483. | Norman, Jamah C |
| 459. | Munyaneza, Claudine N | 484. | Normil, Marc A |
| 460. | Mursal, Hawa A | 485. | Nsengiyumva, Deo |
| 461. | Muya, Habiba | 486. | Nuam, Cia |
| 462. | Myers, Tremaine L | 487. | Nunez, Nevys |
| 463. | Nagib, Tamer G | 488. | Nur, Mohamud M |
| 464. | Naranjo, Lisett | 489. | Nurr, Joharo K |
| 465. | Narveson, James R | 490. | Nuuh, Milano M |
| 466. | Navarro, Minerva | 491. | Nyi, Thein |
| 467. | Naw, Ting | 492. | Nyirabakobwa, Kezia |
| 468. | Ne, Paw T | 493. | Nyok Makier, Stephen |
| 469. | Ngakham, Scott T | 494. | Nyunt, Salai Win |
| 470. | Nguyen, Chien T | 495. | Nzau, Germaine S |
| 471. | Nguyen, Chinh V | 496. | Oberbrockling, Michael J |

| 497. | Obsiye, Abdikadir I | 522. | Paredes Fuentes, Berta P |
|------|---------------------|------|--------------------------|
| 498. | Obsiye, Kadra I | 523. | Parsai, Narayan |
| 499. | Odom, Cornell L | 524. | Pascual Mendez, Felipe |
| 500. | Odowa, Fadumo | 525. | Pau, Vum S |
| 501. | Odren, Gerardo | 526. | Payne, Shannon L |
| 502. | Oleas, Euclides F | 527. | Pe, Sang |
| 503. | Oliva Miranda, Fernando G | 528. | Pelaez Millares, Yasmani |
| 504. | Olow, Dahir A | 529. | Perdomo, Dilcia D |
| 505. | Omar, Barwaqo A | 530. | Perdomo, Mariela |
| 506. | Omar, Khadra M | 531. | Perez Cruz, Danieyis |
| 507. | Omar, Mohamed | 532. | Perez Diaz, Fidel |
| 508. | Omer, Ibraheem | 533. | Perez Lopez, Yarelys |
| 509. | Oo, Aung | 534. | Perez Rodriguez, Edenia |
| 510. | Ortiz, Felicia | 535. | Perez, Juan C |
| 511. | Osman, Abdi A | 536. | Perez, Magaly |
| 512. | Osman, Amina A | 537. | Perez, Yoelkis |
| 513. | Osman, Hana A | 538. | Pham, Rien D |
| 514. | Osman, Siyaad N | 539. | Pham, Thu T |
| 515. | Otano, Javier O | 540. | Phimmachack, Damdouane |
| 516. | Outlaw, L C | 541. | Phongphapheun, Phiou |
| 517. | Owes, Phillip L | 542. | Phung, Cau A |
| 518. | Paez, Ana | 543. | Pierce, Jerome L |
| 519. | Palacios Aleman, Freddy C | 544. | Pineda Coreas, Jose S |
| 520. | Palacios, Leonila A | 545. | Pineda Torres, Karla I |
| 521. | Palacios, Raidel | 546. | Pleas, Michael L |

| | | | |
|---|---|---|---|
| 547. | Plesa, Nicolae F | 572. | Rice, Richard C |
| 548. | Poole, Steven M | 573. | Riiraash, Nadiifo X |
| 549. | Portal, Julio E | 574. | Rivas, Araceli Y |
| 550. | Prasai, Lok B | 575. | Rivas, Jonathan A |
| 551. | Prestes, Coralio B | 576. | Rivas, Katherine M |
| 552. | Pruitt, Antonio L | 577. | Rivera Casanova, Joshua |
| 553. | Qorane, Sahra A | 578. | Rivera Moreno, Carlos F |
| 554. | Rai, Garja M | 579. | Riyad, Joseph A |
| 555. | Railey, Joseph R | 580. | Rizor, Noel L |
| 556. | Rainey, Trent | 581. | Robbins, Walter J |
| 557. | Ramirez, Genesis | 582. | Robertson, Trevis |
| 558. | Reed, Jerry W | 583. | Rodriguez Leon, Osbaldo P |
| 559. | Reh, Da | 584. | Rodriguez Seijas, Jorge A |
| 560. | Reh, Khee | 585. | Rodriguez, Brian O |
| 561. | Reh, Me | 586. | Rodriguezhernandez, Jose |
| 562. | Reh, Phray | 587. | Rodriguezvaldes, Yosvani |
| 563. | Reh, Pray | 588. | Romero, Elvia |
| 564. | Reh, Shay | 589. | Rosemary, Nyabenda |
| 565. | Reh, Tay | 590. | Rosi, Mbonankira |
| 566. | Restitullo Belen, Mario | 591. | Rostro, Maria T |
| 567. | Restitullo Belen, Rafael D | 592. | Rucker, Marcus L |
| 568. | Rezik, Mina N | 593. | Rucker, Sabrina D |
| 569. | Ricardo Santiesteban, Reynald | 594. | Ruiz Nava, Josefina |
| 570. | Rice, Andrew M | 595. | Russell Jr, Calvin E |
| 571. | Rice, Matthew E | 596. | Sadik, Mohamed A |

| 597. | Sadon, Nashwan N | 622. | Say, Rony |
|------|------------------|------|-----------|
| 598. | Sadu, Htu M | 623. | Scales, Wesley S |
| 599. | Sager, William T | 624. | Sebastian, Miguel B |
| 600. | Sah, Thaw | 625. | Segece, Edimo |
| 601. | Sahal, Maryan A | 626. | Segetse, Gahera |
| 602. | Sahardid, Ismahan Y | 627. | Seid, Fadumo O |
| 603. | Said, Noor O | 628. | Seid, Ibrahim M |
| 604. | Said, Said A | 629. | Sein, Aye |
| 605. | Saidi, Nteziliza | 630. | Seng, Mary |
| 606. | Sakondo, Lujendo M | 631. | Serrano, Doris L |
| 607. | Salabarria Morejon, Luis J | 632. | Shafik, Akram A |
| 608. | Salep, Adel H | 633. | Shariff, Leyla |
| 609. | Salep, Adel H | 634. | Shawki, Youssef N |
| 610. | Salib, Fayez Z | 635. | Shee, Bow |
| 611. | Salles Munoz, Luis R | 636. | Sheikh Don, Farhia T |
| 612. | Salvador De Arce, Maria | 637. | Sheikh, Ahmed A |
| 613. | Sam, Roi | 638. | Sheikh, Miski A |
| 614. | Samaan, Maged M | 639. | Shekele, Mohamed A |
| 615. | Sample, Samuel R | 640. | Shenouda, Gamal |
| 616. | Samuels, Joe L | 641. | Shiba, Bikash |
| 617. | Sanchez Villa, Rafael | 642. | Shimirimana, Sevelin |
| 618. | Santiago Pineda, Isnalvi | 643. | Shun, La Ring |
| 619. | Santiago, Efren | 644. | Siha, Shenouda |
| 620. | Sarivong, Khamxao K | 645. | Simion, Alin |
| 621. | Saw, Myint M | 646. | Siwa, Dilli R |

Case 3:15-cv-00130   Document 189-1   Filed 10/13/16   Page 36 of 47 PageID #: 5461

| | | | |
|---|---|---|---|
| 647. | Snyder, Danny L | 672. | Talley Jr, Paul E |
| 648. | Soe, Aung | 673. | Talley, Frederick |
| 649. | Soe, Salai M | 674. | Tamang, Chatra B |
| 650. | Solomon, Mugisha | 675. | Tamang, Pema |
| 651. | Sopha, Khamthai | 676. | Taneous, Antonios H |
| 652. | Sosa, Lidia | 677. | Tarigi, Betty A |
| 653. | Speck, Mark A | 678. | Taroka, Flora N |
| 654. | Spivey, James | 679. | Tawfik, Hany L |
| 655. | Srey, Tinary | 680. | Tawng, Bawk |
| 656. | Stjepic, Janja | 681. | Tawng, Lai |
| 657. | Stockman, Falcon L | 682. | Tekle, Henok A |
| 658. | Stowers, Anthony D | 683. | Teklesenbet, Samuel T |
| 659. | Stowers, Jeffery D | 684. | Temokpini Londo, Patrick |
| 660. | Stowers, Sara M | 685. | Tesfamecale, Fsahaye |
| 661. | Streeter, Kenya | 686. | Thai, Hoa T |
| 662. | Suan, Dal Z | 687. | Thang, Ba |
| 663. | Suan, Thang K | 688. | Thang, Cin |
| 664. | Suarez Chavez, Maria G | 689. | Thang, James L |
| 665. | Suarez, Niurka | 690. | Thang, Thawn G |
| 666. | Subba, Budhi | 691. | Thang, Zam P |
| 667. | Subba, Heam | 692. | Thaw, Hser N |
| 668. | Subba, Lal B | 693. | Thein, Min |
| 669. | Suleyman, Mohamed A | 694. | Thein, Yawng |
| 670. | Swaffer, Travis R | 695. | Thlang, Rui |
| 671. | Swain, Kenneth M | 696. | Thlawng, Sawn |

14

| | | | | |
|---|---|---|---|---|
| 697. | Tholbok, Nyakot R | 722. | Valdes Torres, Dora M |
| 698. | Ticasderodriguez, Corazon | 723. | Valle Hernandez, Pedro P |
| 699. | Tin, Maung | 724. | Vannavong, Thine |
| 700. | Tique Giron, Ludivia | 725. | Vaughn, Kenneth C |
| 701. | Tomas, Hany R | 726. | Vest, Christie A |
| 702. | Torrero, Jesus | 727. | Vo, Phon T |
| 703. | Torres Catala, Yosvel | 728. | Vongsak, Sy |
| 704. | Torres, Jose L | 729. | Voorhies, Candi D |
| 705. | Torres, Yuneysi | 730. | Vu, Khoat D |
| 706. | Tosa, Youseef | 731. | Wai, Saw Z |
| 707. | Tran, Kim | 732. | Walker, Frederick L |
| 708. | Tran, Liem V | 733. | Waller, Thomas D |
| 709. | Tran, Thai Q | 734. | Ward, Robert |
| 710. | Trotter, Jarvaunda M | 735. | Weaver, Elizabeth S |
| 711. | Tuan, Thang Z | 736. | Wellman, Ryan M |
| 712. | Tuang, Lam | 737. | Westmoreland, Robert L |
| 713. | Tuang, Lian L | 738. | White, Randall D |
| 714. | Tuang, Lian L | 739. | Whitlow, Robert L |
| 715. | Tubea, Abdi | 740. | Wilber, Jason J |
| 716. | Turc, Ezechiel | 741. | Williams Jr, Joe L |
| 717. | Turcios, Vidal | 742. | Williams, Jonathan D |
| 718. | Tway, Than | 743. | Williams, Shawn L |
| 719. | Umboh, Jesson W | 744. | Willis, Cindy M |
| 720. | Utha, Ngane | 745. | Wilson, Aron |
| 721. | Uwimana, Rose | 746. | Win, Khin |

15

747. Win, Soe M

748. Winumire, Jean

749. Woldesemaiat, Isayas

750. Wynn, Aaron E

751. Xayalangsy, Phayboun

752. Xayalangsy, Phikoun

753. Yacoub, Nadia E

754. Yaqub, Hussein A

755. Yera, Alatier

756. Young, Jesse R

757. Yusuf, Fatuma A

# EXHIBIT  C

# YOU HAVE THE RIGHT TO JOIN THIS LAWSUIT TO RECOVER OVERTIME PAYMENTS OWED TO YOU BY TYSON FOODS, INC. AND TYSON FRESH MEATS, INC.

## *Awad, et al. v. Tyson Foods, Inc. and Tyson Fresh Meats, Inc.*, Case No. 3:15-cv-130 (M.D. Tenn.)

**To:** All current and former production employees of Defendants Tyson Foods, Inc. and Tyson Fresh Meats, Inc. ("Tyson") who worked at Tyson's Goodlettsville, Tennessee processing facility from May 19, 2013 to May 25, 2014, who did not join the lawsuit *Abadeer, et al. v. Tyson Foods, Inc. and Tyson Fresh Meats, Inc.*, No. 3:09-cv-125 (M.D. Tenn.) and have not already joined this case. **If you are receiving this notice, you are eligible to join this lawsuit and to participate in the settlement of this case.**

**THE PARTIES TO THIS CASE HAVE REACHED A SETTLEMENT THAT HAS BEEN APPROVED BY THE COURT.**

## I. Description of Lawsuit and Settlement

On February 12, 2015, this lawsuit was filed against Tyson to recover wages owed to production workers at Tyson's Goodlettsville, Tennessee meat processing facility for time spent donning and doffing protective gear and equipment.

This Notice has information you need to understand and to exercise your rights. If you don't follow these instructions, you may lose your right to recover money owed to you for overtime work as described below.

---

### YOU ARE ENTITLED TO PAYMENT FOR THE OVERTIME YOU WORKED, ACCORDING TO THE FOLLOWING TERMS:

The parties have agreed that $11.19 of overtime pay per week will be paid to production workers for time spent donning and doffing protective gear from May 19, 2013 (if you were working at that time, or your hire date if it was after then) to May 25, 2014.

This amount is based on an agreed upon 12 minutes per day for these activities.

The total amount owed to you will be based upon how many weeks you worked for Tyson from between May 19, 2013, and May 25, 2014. For example, if you worked 10 weeks, then you will be owed $111.90 ($11.19 of pay per week X 10 weeks).

---

**TO LEARN HOW TO JOIN THIS LAWSUIT IN ORDER TO SEEK THE OVERTIME PAYMENT OWED TO YOU THROUGH THIS SETTLEMENT, PLEASE SEE THE REVERSE SIDE OF THIS NOTICE.**

**-OVER-**

## II.    How to Join this Lawsuit

If you have received this notice, you are entitled to join this case and to receive a check for wages in accordance with the Settlement described on the first page of this Notice.

In order to join this case, you **must** complete, sign, and mail the enclosed Consent Form to Plaintiffs' counsel using the enclosed, self-addressed, postage-prepaid envelope. If you do not want to join this lawsuit, you do not need to do anything. This form must be post-marked no later than [INSERT DATE (120 days from date of mailing)].

By signing and returning the Consent Form, you agree to be represented by the attorneys for the Plaintiffs who filed this case. The Plaintiffs are represented by:

**David W. Garrison, Esq.**
**Joshua A. Frank, Esq.**
**BARRETT JOHNSTON MARTIN & GARRISON, LLC**
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

Barrett Johnston Martin & Garrison, LLC is not charging you an hourly fee for their services. Their fee will be paid directly by Tyson and it will not affect how much you receive under the terms of the Settlement described above.

In order to participate in this case and recover compensation resulting from this case, **you must sign the enclosed Consent Form and return it in the enclosed envelope for filing with the Court**.

The law prohibits retaliation by Tyson, including by its managers, supervisors, or other agents, against anyone participating in a lawsuit of this nature.

## III.    Effect of Joining this Lawsuit and Settlement

If you join the lawsuit, you will be bound by the Settlement described on the first page of this Notice. You will not owe any attorneys' fees, as Plaintiffs' attorneys' fees will be paid by Tyson directly.

## IV.    Effects of Not Joining this Lawsuit or Settlement

If you choose not to join this lawsuit, you will not be bound by the Settlement described on the first page of this Notice and you will not be entitled to share in the Settlement proceeds under the above agreed terms.  In other words, you will not receive any payment as a result of this lawsuit.

## V.    Further Information

If you have any questions about this Notice, the deadline for filing a Consent Form, or any other questions, you may contact Joshua Frank of Barrett Johnston Martin & Garrison, LLC by calling (615) 244-2202.

| NAME | SETTLEMENT PAYMENT |
|------|-------------------:|
| Abdalla, Hana | $1,762.41 |
| Abdallah, Tahany | $669.15 |
| Abdelshahed, Marsa | $735.59 |
| Abdo, Fawzya | $1,184.06 |
| Aboud, Amir | $915.18 |
| Abrahim, Mousif | $1,231.28 |
| Adly, Mena | $553.31 |
| Ahmed, Halimo | $817.56 |
| Ahmed, Hamza | $654.68 |
| Ahmed, Sahara | $814.42 |
| Alor, Anglina | $764.23 |
| Alvarado, Elva | $1,340.37 |
| Anderson, Corbett | $996.92 |
| Angly, Fadwa | $1,057.75 |
| Antar, Eman | $616.47 |
| Armanious, Naema | $960.13 |
| Assad, Meer (Mary) | $842.93 |
| Assad, Yausry | $1,379.45 |
| Auob, Nady | $1,085.97 |
| Awad, Farah | $959.25 |
| Awad, Samira | $671.80 |
| Axad, Nabila | $1,212.50 |
| Ayad, Machiel | $1,213.16 |
| Ayad, Mariam | $880.02 |
| Ayoub, Nashat | $708.98 |
| Bah, Hani | $1,466.60 |
| Bashir, Bashir | $580.32 |
| Bean, Lillian | $711.55 |
| Bean, Shannon | $578.80 |
| Benyamin, Ashraf | $2,401.07 |
| Besada, Mona | $1,087.20 |
| Beshay, Wagiha | $680.50 |
| Bishay, Hana | $741.71 |
| Boshra, Amany | $857.25 |
| Botros, Hamdy | $514.42 |
| Botros, Meladi | $1,303.82 |
| Botrous, Ashraf | $1,008.49 |
| Boules, Ata | $1,354.72 |
| Chaly, Youssef | $1,424.03 |
| Chau, Dong | $2,186.59 |
| Danial, Marcos | $966.79 |
| Daoud, Mervat | $1,054.94 |
| Demian (Hanna), Magdy | $1,438.01 |
| Demyan, Ibrahim | $696.79 |
| Do, Lang | $849.50 |
| Doghmoush Samir, Mariam | $765.46 |
| Doro, Astarina | $1,152.41 |
| Eilia, Gawhara | $824.23 |
| Eilia, Nagy | $1,132.19 |
| Elaarag, Magdy | $1,119.44 |

| NAME | SETTLEMENT PAYMENT |
|---|---|
| Elias, Neven | $1,064.56 |
| Elias, Zakaria | $1,337.93 |
| Elnozahi, Suad | $1,128.61 |
| Elsonbaty, Sherif | $526.30 |
| Eshak, Sabah | $636.38 |
| Eskandar, Soheir | $1,042.96 |
| Eskander, Ashraf | $1,496.89 |
| Eskander, Ayman | $1,026.26 |
| Eskander, Tahani | $725.88 |
| Eskander, Wafik | $1,113.95 |
| Estfanous, Eid | $1,073.77 |
| Eweda, Tahany | $768.04 |
| Fahmy, Mariya | $813.25 |
| Farag, Mariam | $510.94 |
| Farag, Romany | $877.60 |
| Fares, Adel | $861.11 |
| Fawzy, Magda | $803.48 |
| Fouad, Karema | $949.64 |
| Fouad, Sami | $876.08 |
| Framsis, Safwat | $837.61 |
| Frias, Ruth | $1,188.48 |
| Gabra, Mosa | $790.22 |
| Gabra, Samea | $660.88 |
| Gad, Gamol | $811.41 |
| Gadelsead, Treza | $849.36 |
| Gawargeous, Shereen | $874.83 |
| Gerges, Hoda | $1,049.48 |
| Gerges, Lotfy | $1,491.48 |
| Gerges, Samia | $641.93 |
| Gergies, Eman | $1,051.37 |
| Gergis, Thabet | $1,483.48 |
| Ghoubrial, Ibrahim | $1,357.33 |
| Girgis, Alaa | $517.00 |
| Girgis, Ayob | $644.13 |
| Girgis, Emad | $1,567.37 |
| Girgis, Mariam | $648.74 |
| Girgis, Youssef | $905.78 |
| Grs, Gerges | $851.43 |
| Gubara, Inasf | $1,028.13 |
| Habib, Afaf | $920.57 |
| Habib, Baheg | $500.00 |
| Habib, Mary | $590.09 |
| Habib, Neima | $550.03 |
| Halim, Mariam | $846.13 |
| Hana, Eid | $871.57 |
| Hana, Mansour | $976.83 |
| Hana, Mina | $1,256.57 |
| Hanna, Amany | $547.13 |
| Hanna, Ezzat | $1,402.80 |
| Hanna, Hanna | $783.70 |

| NAME | SETTLEMENT PAYMENT |
|------|-------------------:|
| Hanna, Mariam | $745.95 |
| Hanna, Nadi | $1,046.94 |
| Hanna, Nafeek | $1,185.57 |
| Hanna, Nihal | $1,214.82 |
| Hanna, Samy | $932.29 |
| Hassan, Murayo | $972.21 |
| Henin, Shenouda | $981.62 |
| Hicks, Gary | $1,063.75 |
| Hussen, Najma | $935.85 |
| Hzkial, Magdy | $962.51 |
| Ibrahim, Nagwa | $856.21 |
| Ibrahim, Nahed | $547.69 |
| Ido, Abdinoor | $788.38 |
| Ido, Jamila | $575.18 |
| Ido, Malyun | $802.88 |
| Idrahim, Mona | $1,087.66 |
| Isaac, Hanan | $801.83 |
| Isaac, Sobhi | $1,142.27 |
| Isaak, Abdulkadir | $1,451.71 |
| Isak, Ghada | $741.69 |
| Ishak, Malak | $928.47 |
| Ishak, Randa | $741.47 |
| Iskander, Amgad | $1,432.06 |
| Jama, Halimo | $621.28 |
| Jawish, Anwar | $793.78 |
| Jeffrey L, Gardner | $571.89 |
| Jeremie, Sindayigusanya | $1,092.71 |
| Jock, Nyabuoy | $1,201.73 |
| Joseph, Dualmar | $1,029.81 |
| Kabeya, Kaji | $571.28 |
| Kamal, Nasif | $795.37 |
| Kamel, Adel | $1,094.99 |
| Kamel, Emad | $673.81 |
| Kamel, Gawarge | $1,311.32 |
| Kamel, Malak | $1,050.41 |
| Karaj, Petronie | $999.96 |
| Kerolos, Adeeb | $1,143.88 |
| Khadija A, Mohamed | $577.93 |
| Khai, Pau | $1,502.54 |
| Kolta, Reda | $1,484.39 |
| Koma, Folora | $689.06 |
| Labeeb, Hany | $2,122.75 |
| Labib, Mamdoh | $815.42 |
| Labib, Safaa | $1,040.83 |
| Lamae, Mary | $591.79 |
| Langh, Thang | $818.27 |
| Lawendy, Shereen | $553.10 |
| Lee, Felita | $1,096.36 |
| Lewiz, Manal | $1,022.71 |
| Makar, Nagwa | $1,103.20 |

| NAME | SETTLEMENT PAYMENT |
|---|---:|
| Makar, Nassef | $1,409.12 |
| Malek, Ayen | $1,223.26 |
| Mansour, Emad | $828.84 |
| Mansour, Yasser | $833.64 |
| Manssor, Kristeen | $855.71 |
| Masoud, Magdy | $913.08 |
| Maximous, Maiboulz | $774.18 |
| Mekhaeel, Azer | $1,495.24 |
| Mekhaeil, Soheir | $734.37 |
| Mena, Ramy | $782.70 |
| Metias, Alaa | $1,126.52 |
| Meza, Cinthya | $1,042.19 |
| Mganaga, Abdisalan | $721.26 |
| Michael, Michael | $758.74 |
| Mikhaeil, Sabah | $994.11 |
| Mikhaeil, Safwat | $1,314.48 |
| Mikhaiel, Mona | $721.22 |
| Mikhail, Magdy | $788.15 |
| Mohamed, Eblo | $1,143.87 |
| Mohamed, Kawiyo | $870.59 |
| Morales, Rosa | $889.05 |
| Morcos, Hany | $826.84 |
| Morkos, Raafat | $968.21 |
| Morkos, Saad | $1,620.88 |
| Moures, Nael | $1,006.17 |
| Nageb, Nady | $1,517.14 |
| Nageib, Rimon | $1,069.76 |
| Nagib, Mina | $1,338.42 |
| Naiem, Sameh | $864.31 |
| Nakhla (Salib), Heba | $1,351.84 |
| Narouz, Medaht | $764.97 |
| Nasem, Amany | $686.15 |
| Nasr, Boula | $1,125.97 |
| Nasr, Snaa | $511.15 |
| Nicholson, Mary Elaine | $979.62 |
| Niser, Armia | $1,224.33 |
| Nur, Zeinab | $719.46 |
| Oleni, Niyonzima | $738.52 |
| Omot, Apew | $851.91 |
| Omwony, Lina | $1,064.84 |
| Osman, Yasmin | $839.40 |
| Peter, Rita | $987.70 |
| Qadir, Abdi Rahman | $799.94 |
| Rezek, Sherif | $517.01 |
| Rezk, Romany | $788.05 |
| Rizkalla, Mary | $896.25 |
| Sadeek, Mariam | $1,044.32 |
| Saeid, Hanaa | $665.48 |
| Said, Ebram | $1,145.68 |
| Saied, Amal | $824.78 |

| NAME | SETTLEMENT PAYMENT |
|---|---|
| Saied, Hosny | $663.40 |
| Saleh, Nady | $1,222.10 |
| Salep, Adel | $922.10 |
| Salib, Magdy | $1,873.62 |
| Salib, Saad | $740.06 |
| Salib, Salib | $1,029.13 |
| Salib, Soliman | $1,054.87 |
| samaan, Hosny | $1,710.93 |
| Samir, Emad | $1,420.95 |
| Samir, Ereny | $613.42 |
| Samman, Kamel | $1,261.29 |
| Samuel, Noura | $819.80 |
| Sargious, Emad | $1,170.72 |
| Sawerse, Fakhry | $885.24 |
| Sefin, Awad | $846.24 |
| Shafik, Salah | $1,227.09 |
| Shenouda, Gorgit | $812.27 |
| Soliman, Nasif | $998.65 |
| Soulymain, Mariam | $1,119.89 |
| Tadros, Neama | $648.26 |
| Tawadrous, Samir | $1,028.01 |
| Tawfeek, Saher | $745.28 |
| Tawfik, Shenouda | $1,168.80 |
| Thabet, Manal | $831.73 |
| Tosa, George | $1,091.05 |
| Tousa, Ashak | $633.20 |
| Tuang, Thawng | $611.19 |
| Tung, Thang | $1,197.67 |
| Twang, Thang | $795.76 |
| Weerar, Gassaw | $813.38 |
| Yakoub, Maha | $547.74 |
| Yam, Nyahok | $651.48 |
| Yassa, Magdy | $920.64 |
| Younan, Ebtsam | $734.71 |
| Yousef, Fayza | $921.77 |
| Yousef, Marem | $688.42 |
| Yousef, Shehata | $1,088.94 |
| Youssef, Fareed | $1,577.54 |
| Yowakem, Mena | $1,537.89 |
| Yugusuk, Sara | $967.04 |
| Yusuf, Abdirisaq | $1,296.72 |
| Zakaria, Emad | $1,045.87 |
| Zakaria, Magda | $552.50 |
| Zakee, Mariam | $828.81 |
| Zaky, Mina | $1,572.33 |
| Zelaya, David | $1,091.61 |
| **TOTAL** | **$239,303.00** |