IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FARAH AWAD, ATA BOULES, NAGY EILIA, and GAWHARA EILIA, on Behalf of THEMSELVES and All Others Similarly Situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> TYSON FOODS, INC. and TYSON FRESH MEATS, INC., <br><br> *Defendants*. | COLLECTIVE ACTION <br><br> CIVIL ACTION <br><br> CASE NO. 3:15-cv-00130 <br><br> JUDGE SHARP <br> MAGISTRATE JUDGE NEWBERN |

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

Before the Court is the parties' Joint Motion for Approval of Settlement Agreement and to Dismiss Case with Prejudice ("Joint Motion"). For good cause shown, the parties' motion is **GRANTED**. Specifically, the Court **ORDERS** as follows:

1. The Court hereby **APPROVES** the proposed settlement as set forth in the Settlement Agreement (the "Agreement") (attached to the parties' Joint Motion as <u>Attachment 1</u>), subject to the conditions stated in this Order.

2. The Court finds that the proposed settlement represents a fair and reasonable compromise of contested litigation involving *bona fide* disputes between the parties.

3. The Court orders that post-settlement notice shall be sent in accordance with the terms of the parties' Agreement.

4. Plaintiffs' counsel shall notify the Court of the date on which the post-settlement notice is mailed and file all consent forms received pursuant to the post-settlement notice procedure with the Court in accordance with the terms of the Agreement.

5. The Court finds fair and reasonable the agreed upon payment of $310,000 in fees and expenses for the work performed and expenses incurred in litigating this action to date. Additionally, the Court finds the additional fees and expenses to be awarded for exceeding certain participation levels in the post-settlement notice under paragraph 6.2 of the Agreement fair and reasonable in light of the work and expenses likely to be associated with the post-settlement notice process.

6. The Court finds reasonable and approves the service payments of $10,000.00 to each of the Named Plaintiffs for a total of $40,000.00. These service payments shall be paid in accordance with the terms of the parties' Agreement.

7. Without affecting the finality of this Order and Final Judgment in any way, the Court retains continuing jurisdiction over this Action for the purpose of enforcing the Settlement.

8. This case is hereby **DISMISSED WITH PREJUDICE**, but shall remain open to permit the filings contemplated by this Order and the parties' Agreement. At the close of the post-settlement notice period the parties shall advise the Court that the notice period has ended and request that this case be permanently closed.

It is so **ORDERED**.

ENTERED this 21st day of October 2016.

*Kevin H. Sharp*
CHIEF JUDGE KEVIN H. SHARP
United States District Court

**SUBMITTED FOR ENTRY:**

/s/ David W. Garrison
**JERRY E. MARTIN (No. 20193)**
**DAVID W. GARRISON (No. 24968)**
**SCOTT P. TIFT (No. 27592)**
**SETH M. HYATT (No. 31171)**
**JOSHUA A. FRANK (No. 33294)**
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
shyatt@barrettjohnston.com
jfrank@barrettjohnston.com

**CHARLES P. YEZBAK, III**
YEZBAK LAW OFFICES
2002 Richard Jones Road
Suite B-200
Nashville, TN 37215
Telephone: 615-250-2000
Facsimile: 615-250-2020
yezbak@yezbaklaw.com

*Attorneys for Plaintiffs*

/s/ Michael J. Mueller (by DWG with permission)
**MICHAEL J. MUELLER**
**EVANGELINE C. PASCHAL**
HUNTON & WILLIAMS
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 419-2116
Facsimile: (202) 778-7433
mmueller@hunton.com
epaschal@hunton.com

**KENNETH WEBER**
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, TN 37201
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
kweber@bakerdonelson.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

  I hereby certify that a true and exact copy of the foregoing [*Proposed*] *Order Approving Settlement Agreement and Dismissing Case with Prejudice* has been served on the following via the Court's CM/ECF system:

 Michael J. Mueller
 Evangeline C. Paschal
 HUNTON & WILLIAMS LLP
 2200 Pennsylvania Avenue, N.W.
 Washington, DC 20037
 epaschal@hunton.com
 mmueller@hunton.com

 Kenneth Weber
 BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
 Baker Donelson Center
 211 Commerce Street, Suite 800
 Nashville, TN 37201
 kweber@bakerdonelson.com

 *Attorneys for Defendants*

on this 13th day of October, 2016.

       /s/ David W. Garrison
       DAVID W. GARRISON
       **BARRETT JOHNSTON**
        **MARTIN & GARRISON, LLC**